NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POWERTECH TECHNOLOGY INC.,**
*Plaintiff-Appellant,*

v.

**TESSERA, INC.,**
*Defendant-Appellee.*

---

2010-1489

---

Appeal from the United States District Court for the Northern District of California in case no. 10-CV-0945, Judge Claudia Wilken.

---

**ON MOTION**

---

**ORDER**

Upon consideration of the motion to withdraw Kenneth E. Krosin and to substitute George C. Beck as principal counsel for Powertech Technology Inc.,

IT IS ORDERED THAT:

The motion is granted. George C. Beck should promptly file a new entry of appearance as principal counsel.

FOR THE COURT

__FEB 0 3 2011__                          /s/ Jan Horbaly
Date                                       Jan Horbaly
                                           Clerk

cc:  Kenneth E. Krosin, Esq.
     George C. Beck, Esq.
     Morgan Chu, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 03 2011

JAN HORBALY
CLERK